**Mario HAIRSTON, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 17-6923

United States Court of Appeals, Fourth Circuit.

Submitted: October 30, 2017

Decided: November 17, 2017

Mario Hairston, Appellant Pro Se.

Before GREGORY, Chief Judge, and KEENAN and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario Hairston appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Hairston's complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hairston v. United States*, No. 2:17-cv-00061-JPB-JES, 2017 WL 2598890 (N.D.W. Va. June 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED*